Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 5:10-cv-01890-LHK** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **NELIA VELASCO NISPEROS, et al.** | |
| **Defendant.** | |

TO THE HONORABLE LUCY H. KOH, THE DEFENDANT, AND HER ATTORNEYS OF RECORD:

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Tuesday, August 24, 2010 at 1:30 p.m. This request will be, and is, necessitated by the fact that defendant Nelia Velasco Nisperos, individually and d/b/a Mr. Suave is in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case Management Conference presently scheduled for Tuesday, August 24, 2010 at 1:30 p.m. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: August 18, 2010

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

**ORDER (Proposed)**

It is hereby ordered that the Case Management Conference in civil action number 5:10-cv-01890-LHK styled *J & J Sports Productions, Inc. v. Nelia Velasco Nisperos, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated: August 20, 2010

**THE HONORABLE LUCY H. KOH**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///