UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.: 10-CV-01890-LHK |
| Plaintiff, | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| NELIA VELASCO NISPEROS, | |
| Defendant. | |

On August 20, 2010, Plaintiff J & J Sports Productions, Inc., moved to vacate the Case Management Conference in this case on grounds that Plaintiff's motion for default judgment would soon be filed with the Court. The Court granted Plaintiff's motion and vacated the Case Management Conference. However, two months later, Plaintiff has not moved for default judgment. Accordingly, the Court has determined that a Case Management Conference is necessary and hereby schedules a Case Management Conference for Monday, December 20, 2010, at 2 p.m. The parties shall file a Case Management Statement by Monday, December 13, 2010.

**IT IS SO ORDERED.**

Dated: October 21, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01890-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE