UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NELIA VELASCO NISPEROS, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No.: 10-CV-01890-LHK <br><br> ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE; VACATING CASE MANAGEMENT CONFERENCE |

On August 23, 2010, Defendant filed a Notice of Filing Bankruptcy under 11 U.S.C. § 1301, et seq. Pursuant to 11 U.S.C. § 362(a), this case is subject to an automatic stay of proceedings. Accordingly, the Court VACATES the Case Management Conference set for December 20, 2010, and STAYS the instant proceeding. The clerk is directed to ADMINISTRATIVELY CLOSE the case. Plaintiff shall notify the Court within fifteen (15) days of the lifting or termination of the bankruptcy stay, and this matter shall thereafter be reopened.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
LUCY H. KOH
United States District Judge